## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVENTERGY LBS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL CLOUD FLEET INC.,<br><br>Defendant. | C.A. No. 18-2063-LPS |

### JOINT STIPULATION OF DISMISSAL

The parties hereby stipulate to dismiss Plaintiff's claims **with prejudice**, and Defendant's claims without prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees.

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (Bar No. 4241)
1526 Gilpin
Wilmington, DE 19806
Telephone:  (302) 449-9010
tdevlin@devlinlawfirm.com

Isaac Rabicoff
RABICOFF LAW LLC
73 W Monroe St.
Chicago, IL 60603
Telephone: (773) 669-4590
isaac@rabilaw.com

*ATTORNEY FOR PLAINTIFF*
INVENTERGY LBS, LLC,

FISH & RICHARDSON P.C.

*/s/ Jeremy D. Anderson*
Jeremy D. Anderson (Bar No. 4515)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-5070
janderson@fr.com

*ATTORNEY FOR DEFENDANT*
*GLOBAL CLOUD FLEET INC.*

Dated:  June 20, 2019

SO ORDERED this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE